# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
June 24, 2026
Lyle W. Cayce
Clerk

No. 26-20122

Josue Fabre De Quesada; Kiuver Castillo Alba, Next Friend of Josue Fabre de Quesada,

*Petitioners—Appellants*,

*versus*

Field Office Director, ICE Houston; Randy Tate, *Warden of Montgomery Processing Center*; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*,

*Respondents—Appellees*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:26-CV-1441

UNPUBLISHED ORDER

Before Smith, Haynes, and Oldham, *Circuit Judges*.

Per Curiam:

Petitioner is not scheduled for removal. IT IS ORDERED that Petitioner's motion for stay of removal is DENIED.

IT IS FURTHER ORDERED that Petitioner's motion for temporary administrative stay is DENIED.*

* JUDGE HAYNES would grant the stay of removal. At minimum, she would grant it temporarily pending the review by a merits panel.