# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
August 24, 2026
Lyle W. Cayce
Clerk

No. 26-20122

Josue Fabre De Quesada; Kiuver Castillo Alba, Next Friend of Josue Fabre de Quesada,

*Petitioners—Appellants*,

*versus*

Field Office Director, ICE Houston; Randy Tate, *Warden of Montgomery Processing Center*; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*,

*Respondents—Appellees*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:26-CV-1441

UNPUBLISHED ORDER

Before Smith, Haynes, and Oldham, *Circuit Judges*.

Per Curiam:

IT IS ORDERED that Petitioner's motion for temporary administrative stay of transfer is DENIED.

IT IS FURTHER ORDERED that Petitioner's motion for stay of removal is DENIED.*

* Judge Haynes would grant a stay of removal.