# United States Court of Appeals for the Fifth Circuit

United States Court of Appeals
Fifth Circuit
**FILED**
September 16, 2026
Lyle W. Cayce
Clerk

No. 26-20122
Summary Calendar

Josue Fabre De Quesada; Kiuver Castillo Alba, Next Friend of Josue Fabre de Quesada,

*Petitioners—Appellants*,

*versus*

Field Office Director, ICE Houston; Randy Tate, *Warden of Montgomery Processing Center*; Markwayne Mullin, *Secretary, U.S. Department of Homeland Security*,

*Respondents—Appellees*.

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 4:26-CV-1441

## JUDGMENT

Before Smith, Stewart, and Southwick, *Circuit Judges*.

This cause was considered on the record on appeal and the briefs on file.

IT IS ORDERED and ADJUDGED that the appeal is DISMISSED as moot.

The judgment or mandate of this court shall issue 7 days after the time to file a petition for rehearing expires, or 7 days after entry of an order denying a timely petition for panel rehearing, petition for rehearing en banc, or motion for stay of mandate, whichever is later. See Fed. R. App. P. 41(b). The court may shorten or extend the time by order. See 5th Cir. R. 41 I.O.P.